Aamir Raza, Esq. [State Bar No. 223530]
E-mail: araza@lbaclaw.com
Egle Donatz, Esq. [State Bar No. 349200]
Email: edonatz@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
E-mail: LBACOCstaff@lbaclaw.com
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

Attorneys for Defendants, City of San Bernardino; Officer Michael Vuicich
Officer Diego Diaz; Officer Fernando Espinoza; Officer Mendoza; Officer Marchen
Officer Partida; Sergeant Darren Sims and Darren L. Goodman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MANUEL HERNANDEZ, an individual, <br><br>          Plaintiff, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, a public entity; OFFICER MICHAEL VUICICH, an individual; OFFICER DIEGO DIAZ, an individual; OFFICER FERNANDO ESPINOZA, an individual; OFFICER MENDOZA, an individual; OFFICER MARCHEN, an individual; OFFICER PARTIDA, an individual; SERGEANT DARREN SIMS, an individual; DARREN L. GOODMAN, in his individual capacity and in His official capacity as Police Chief of San Bernardino Police Department; and DOES 1-10, inclusive, <br><br>          Defendants. | Case No.: 5:26-cv-957 <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a) AND (c) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL** <br><br> *[Declaration Of Aamir Raza with Exhibits; Notice to Adverse Party; Civil Case Cover Sheet; and Notice of Interested Parties filed concurrently herewith]* <br><br> Complaint filed: December 5, 2025 |

1

NOTICE OF REMOVAL; DEMAND FOR JURY TRIAL

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants CITY OF SAN BERNARDINO; OFFICER MICHAEL VUICICH; OFFICER DIEGO DIAZ; OFFICER FERNANDO ESPINOZA; OFFICER MENDOZA; OFFICER MARCHEN; OFFICER PARTIDA; SERGEANT DARREN SIMS AND DARREN L. GOODMAN ("Defendants") hereby remove to this Court the state action described below, reserving all rights, objections, defenses, and exceptions.  Defendants further file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1343, 1367, 1441, and 1446, and remove the action described below to the United States District Court for the Central District of California.

1.      On December 5, 2025, Plaintiff filed an action in the Superior Court of the State of California, in and for the County of San Bernardino, entitled *Johnny Manuel Hernandez v. City of San Bernardino, et al.*, Case No. CIVSB2535780 ("*Hernandez*").  A true and correct copy of the Complaint is attached as Exhibit "A" to the concurrently filed Declaration of Aamir Raza ("Raza Decl."), ¶ 5.

2.      True and correct copies of the state court Civil Case Cover Sheet and initial Summons issued and served in *Hernandez* are attached as Exhibit "B" and Exhibit "C" respectively to the Raza Decl., ¶ 6.

3.      True and correct copies of the Notice of Trial Setting Conference and Proof of Service of the Notice of Trial Setting Conference are attached as Exhibit "D" and Exhibit "E" respectively to the Raza Decl., ¶ 7.

4.      True and correct copies of the Notice of Certificate of Assignment Needed and the Certificate of Assignment are attached as Exhibit "F" and Exhibit "G" respectively to the Raza Decl., ¶ 8.

5.      A true and correct copy of the initial proofs of service of the Complaint filed by Plaintiff in *Hernandez* are attached as Exhibit "H" to the Raza Decl., ¶ 9.

/ / /

6.     This removal is brought by Defendants, who constitute all of the named Defendants in this action.  All Defendants are represented by this office but have not yet appeared in this matter.  All Defendants seek/consent to the removal of the action, as required by 28 U.S.C. § 1446.  Raza Decl., ¶ 4.

7.     The first/earliest date upon which any Defendant received the initial pleading was when the City of San Bernardino was served with the Complaint in *Hernandez* on January 28, 2026.  Raza Decl., ¶ 10.

8.     No Defendant has responded to the state court Complaint or filed any pleadings with the state court but will do so within the time limits set forth in Federal Rule of Civil Procedure Rule 81.  Raza Decl., ¶ 11.

9.     No proof of service has been filed for Officer Diego Diaz.  Raza Decl., ¶ 199.

10.     This constitutes all processes, pleadings, and orders delivered to or served on Defendants or filed in *Hernandez*.  No proceedings have occurred in the above-entitled action in the Superior Court of California, County of San Bernardino other than those listed above.  Raza Decl., ¶ 12.

11.     This is a civil action over which this Court has original jurisdiction under the laws of the United States pursuant to 28 U.S.C. §§ 1331 and 1343. Furthermore, this is an action which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (c) which allow for the removal of any civil action without regard to citizenship or residence of the parties because Plaintiffs' Complaint contain a cause of action arising under 42 U.S.C. § 1983 – for alleged civil rights violations under the Fourth and Fourteenth Amendments.  This Court also has supplemental jurisdiction over the related state law claims under 28 U.S.C. 1367. Raza Decl., ¶ 2;

/ / /

/ / /

/ / /

NOTICE OF REMOVAL; DEMAND FOR JURY TRIAL

12.     The City, through their counsel, will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal with the Superior Court of California, County of San Bernardino, as further required by that Section.  Raza Decl., ¶ 3; and

13.     Declarant Aamir Raza, the undersigned counsel for all named Defendants, has read the foregoing and signs this Notice of Removal pursuant to Federal Rule of Civil Procedure 11, as required by 28 U.S.C. § 1446(a). Raza Decl., ¶ 21.

WHEREFORE, Defendants pray that Case No. CIVSB2535780, now pending in the Superior Court of the State of California for the County of San Bernardino, be removed to this Court.

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: February 27, 2026          By___/s/ Aamir Raza_____
                                  AAMIR RAZA
                                  EGLE DONATZ
                                  Attorneys for Defendants
                                  CITY OF SAN BERNARDINO; OFFICER
                                  MICHAEL VUICICH OFFICER DIEGO DIAZ;
                                  OFFICER FERNANDO ESPINOZA; OFFICER
                                  MENDOZA; OFFICER MARCHEN; OFFICER
                                  PARTIDA; SERGEANT DARREN SIMS AND
                                  DARREN L. GOODMAN

NOTICE OF REMOVAL; DEMAND FOR JURY TRIAL

## DEMAND FOR JURY TRIAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants CITY OF SAN BERNARDINO; OFFICER MICHAEL VUICICH; OFFICER DIEGO DIAZ; OFFICER FERNANDO ESPINOZA; OFFICER MENDOZA; OFFICER MARCHEN; OFFICER PARTIDA; SERGEANT DARREN SIMS AND DARREN L. GOODMAN requests a trial by jury pursuant to Federal Rules of Civil Procedure, Rule 38(b) and Local Rule 38-1.

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: February 27, 2026     By___/s/ Aamir Raza_____
AAMIR RAZA
EGLE DONATZ
Attorneys for Defendants
CITY OF SAN BERNARDINO; OFFICER MICHAEL VUICICH OFFICER DIEGO DIAZ; OFFICER FERNANDO ESPINOZA; OFFICER MENDOZA; OFFICER MARCHEN; OFFICER PARTIDA; SERGEANT DARREN SIMS AND DARREN L. GOODMAN

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Debbie Pryor, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On February 27, 2026, I served the **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a) AND (c) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL** on the interested parties in this action by causing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Yana G. Henriks, Esq.
Email: yhenriks@law-mh.com
Daniel Yousefzadeh, Esq.
Email: dyousefzadeh@law-mh.com
MCMURRAY HENRIKS, LLP
811 Wilshire Boulevard, Suite 1640
Los Angeles, California 90017
Telephone: (323) 931-6200
Facsimile:  (323) 931-9521
*Attorneys for Plaintiff*

 X    BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 X    (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2026, at Costa Mesa, California.

_____
Declarant[1]

_____

[1] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service.  The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document.  The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.